UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:

Chapter 13
Case No. 18-14171-TBM

SHARON KAY SMITH, **Debtor,**

DITECH FINANCIAL LLC, **Movant.**

**VERIFIED MOTION TO ENFORCE TERMS OF THE STIPULATION AND FOR RELIEF FROM STAY**

      DITECH FINANCIAL LLC (hereinafter "Movant"), through its attorneys Barrett Frappier & Weisserman, LLP, hereby moves for the entry of an Order for Relief from Automatic Stay based on the following:

      1.     Pursuant to the Stipulation to Relief from Stay filed December 18, 2018 at Docket No. 54, Debtor was required to pay $10,988.55 in post-petition arrearages by making additional monthly payments along with contractual monthly installment payments to Movant. A copy of the Stipulation and Order Granting Motion to Approve Stipulation is attached hereto and incorporated herein by this reference.

      2.     There was a default by Debtor. Notice was sent to Debtor and Debtor's Attorney on November 21, 2019. Debtor was given until December 1, 2019 to cure the default. Debtor failed to do so.

      3.     Pursuant to the terms of the Stipulation, an Order for Relief from Stay should be entered upon the filing of this Motion. A copy of the written notice of default sent to Debtor and her attorney at the time is attached hereto and incorporated herein by reference.

Dated: January 9, 2020

Barrett Frappier & Weisserman, LLP

/s/Joseph DeGiorgio
Joseph DeGiorgio
1391 Speer Blvd., Suite 700
DENVER, CO 80204
Telephone: (303) 327-8781
Telecopier: (972) 661-7725
Email Address: co.ecf@bdfgroup.com

E-FILED ORIGINAL

Document to be retained in file of Barrett Frappier & Weisserman, LLP

State of Colorado            )
                             ) ss.
City & County of Denver      )

    I, Joseph DeGiorgio, being of lawful age and first duly sworn upon oath, hereby state that the statements contained in the above Motion are true and accurate to the best of my knowledge and belief.

_____
Joseph DeGiorgio

Subscribed and sworn to on  01·08·2020  by  Joseph DeGiorgio

Witness my hand and official seal. My commission expires: 04·15·2020

CHANDA BAKER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20084012350
MY COMMISSION EXPIRES APRIL 15, 2020

_____
Notary Signature

Dated: January 9, 2020

Barrett Frappier & Weisserman, LLP

/s/Joseph DeGiorgio
Joseph DeGiorgio
1391 Speer Blvd., Suite 700
DENVER, CO  80204
Telephone: (303) 327-8781
Telecopier: (972) 661-7725
Email Address: co.ecf@bdfgroup.com

E-FILED ORIGINAL

Document to be retained in file of Barrett Frappier & Weisserman, LLP

CERTIFICATE OF SERVICE

The undersigned has confirmed that copies of the foregoing were mailed, first class, postage prepaid on January 9, 2020 on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

Sharon Kay Smith
9771 E Hawaii Pl
Aurora, CO 80247-6258

Jessica E. Deal
Advanced Legal Services, Inc.
1873 S. Bellaire Street
Suite 1550
Denver, CO 80222

Douglas B. Kiel
Chapter 13 Trustee
7100 E Belleview Ave
Ste. 300
Greenwood Village, CO 80111

/s/Joseph DeGiorgio
Signature