**BARRETT FRAPPIER & WEISSERMAN, LLP**
Attorneys At Law
1391 SPEER BLVD, SUITE 700
DENVER, CO  80204
Telephone:  (303) 327-8781 ●Telecopier:  (972) 661-7725

Joseph DeGiorgio

November 21, 2019

MARK J. BERUMEN          Certified Mail # - 7019 0700 0000 3036 9542
13611 E 104th Ave.
Suite 800, PMB 53
Commerce City, CO 80022

**NOTICE OF DEFAULT**

DEBTOR:
SHARON KAY SMITH      Certified Mail # - 7019 0700 0000 3036 9559
9771 E HAWAII PL
AURORA, CO 80247-6258

CO-DEBTOR:
RICHARD SMITH          Certified Mail # - 7019 0700 0000 3036 9566
9771 EAST HAWAII PLACE
AURORA, CO 80247

Re:     Debtor: SHARON KAY SMITH
        Chapter 13 Case No.: 18-14171-TBM
        Creditor: DITECH FINANCIAL LLC

To Whom It May Concern:

Please be advised that the above-referenced Debtor is in default of the terms of the Stipulation for Relief from Automatic Stay entered into with the above-referenced Creditor and approved by and made an Order of the U.S. Bankruptcy Court for failure to make payments as agreed.  Debtor is currently in arrears in the amount of $18,690.84.  In addition, Creditor has incurred attorneys fees in connection with this default in the amount of $100.00. Pursuant to the notice provisions set forth in the Stipulation, Debtor has ten days from the date of this Notice to pay Creditor $18,790.84. In the event Debtor fails to pay this amount by December 1, 2019, Creditor shall exercise its remedies pursuant to the Stipulation. No further notices will be provided to Debtor.

Sincerely,

Joseph DeGiorgio

cc:     13Trustee
        Client

CO - NOD multiple Debtors- Colorado/Colorado/00000007867138