UNITED STATES BANKRUPTCY COURT
FOR THE DISTRJCT OF COLORADO

In re:  
SHARON KAY SMITH, Debtor,

DITECH FINANCIAL LLC, Movant,

v.

SHARON KAY SMITH and DOUGLAS B. KIEL, Trustee, Respondents.

Chapter 13  
Case No. 18-14171-TBM

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

BEFORE THE COURT is the "Verified Motion to Enforce Terms of the Stipulation and for Relief from Stay" (Docket No. 64, the "Verified Motion") filed by the Movant, DITECH FINANCIAL LLC. (the "Movant"). The Movant seeks relief from stay based upon Debtor's default in the terms of a "Stipulation for Relief from Stay if Uncured Default Occurs" (Docket No. 54) to foreclose on and take possession and control of property described below:

LOT 28, BLOCK 1, PAULA DORA SUBDIVISION FILING NO. 6, COUNTY OF ARAPAHOE, STATE OF COLORADO.

commonly known as: 9771 EAST HAWAII PLACE, AURORA, COLORADO 80247

The 14-day period for response provided by L.B.R. 9013-1(a)(5) has expired and no response has been filed. Accordingly, the Court,

ORDERS that the relief sought by the Motion for Relief from Stay be granted, and DITECH FINANCIAL LLC is granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the above collateral.

Dated: January 28, 2020

BY THE COURT:

*Thomas B. McNamara*  
Thomas B. McNamara,  
U.S. Bankruptcy Judge