United States Bankruptcy Court
District of Colorado

In re:  
Sharon Kay Smith  
    Debtor

Case No. 18-14171-TBM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1     Date Rcvd: Jan 28, 2020  
                         Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.
db          Sharon Kay Smith,    9771 E Hawaii Pl,    Aurora, CO   80247-6258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
         Abbey  Dreher    on behalf of Creditor   Ditech Financial LLC co.ecf@bdfgroup.com
         Angela  Hopkins    on behalf of Creditor    Tyndall Green II Homeowners Association, Inc.
         Angela@WesternLawGroup.com,   angelahopkins14@gmail.com
         Douglas B. Kiel    ecfmail@denver13.com
         Jessica E. Deal    on behalf of Debtor Sharon Kay Smith jessica.advancedlegal@gmail.com,
         jennifer.advancedlegal@gmail.com
         Joseph D. DeGiorgio    on behalf of Creditor   Ditech Financial LLC josephde@bdfgroup.com
         Lauren E. Tew    on behalf of Creditor   Ditech Financial LLC ltew22@gmail.com
         US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRJCT OF COLORADO

In re:  
SHARON KAY SMITH, Debtor,

DITECH FINANCIAL LLC, Movant,

v.

SHARON KAY SMITH and DOUGLAS B. KIEL, Trustee, Respondents.

Chapter 13  
Case No. 18-14171-TBM

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

BEFORE THE COURT is the "Verified Motion to Enforce Terms of the Stipulation and for Relief from Stay" (Docket No. 64, the "Verified Motion") filed by the Movant, DITECH FINANCIAL LLC. (the "Movant"). The Movant seeks relief from stay based upon Debtor's default in the terms of a "Stipulation for Relief from Stay if Uncured Default Occurs" (Docket No. 54) to foreclose on and take possession and control of property described below:

LOT 28, BLOCK 1, PAULA DORA SUBDIVISION FILING NO. 6, COUNTY OF ARAPAHOE, STATE OF COLORADO.

commonly known as: 9771 EAST HAWAII PLACE, AURORA, COLORADO 80247

The 14-day period for response provided by L.B.R. 9013-1(a)(5) has expired and no response has been filed. Accordingly, the Court,

ORDERS that the relief sought by the Motion for Relief from Stay be granted, and DITECH FINANCIAL LLC is granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the above collateral.

Dated: January 28, 2020

BY THE COURT:

Thomas B. McNamara,  
U.S. Bankruptcy Judge