UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
The Honorable Thomas B. McNamara

| | | |
|---|---|---|
| In re: | ) | |
| SHARON KAY SMITH | ) | Case Number 18-14171-TBM |
| Debtor | ) | Chapter 13 |

## DEBTOR'S RESPONSE TO THE TRUSTEE'S MOTION TO DISMISS

Comes now the Debtor, by and through the undersigned counsel, and responds to the *Chapter 13 Trustee's Motion To Dismiss* ["Motion"] filed on September 16, 2020 [Docket number 75] and states as follows:

1. Debtor acknowledges the plan payment arrearage asserted in the Motion.
2. Debtor, through the undersigned counsel, is in the process of entering into a Statement of Arrangements with the Chapter 13 Trustee's office to cure the plan payment arrearage.

Respectfully submitted this 7th day of October, 2020,

/s/ Jessica E. Deal
Jessica E. Deal 39914
Advanced Legal Services, Inc.
1873 S. Bellaire St.
Ste. 1550
Denver, CO 80222
T: 303.751.2128
F: 303.865.3119
*Attorney for the Debtor*

<u>CERTIFICATE OF SERVICE</u>

      I, the undersigned, hereby certify that a true and correct copy of the **DEBTOR'S RESPONSE THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS** was served either electronically in accordance with L.B.R. 9036-1 upon all interested parties who have either registered with CM/ECF or whose attorneys have registered with CM/ECF, or by depositing true and correct copies thereof in a receptacle of the U.S. Postal Service, addressed to the following on this day, October 7, 2020:

**Douglas B. Kiel**
Chapter 13 Trustee
Via CM/ECF

**United States Trustee**
Via CM/ECF

**RAS Legal Group**
Can Guner
Attorney for Newrez LLC D/B/A Shellpoint Mortgage Servicing
Via CM/ECF

**Barrett Daffin Frappier LLP**
Joseph DeGiorgio
Abbey Dreher
Lauren Tew
Attorneys for Ditech Financial LLC
Via CM/ECF

**Western Law Group, LLC**
Angela Hopkins
Attorney for Tyndall Green II Homeowners Association, Inc.
Via CM/ECF

**Sharon Kay Smith**
Debtor
Via personal email address

                                         /s/ Jessica Deal