**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

SHARON K. SMITH,

Debtor.

Bankruptcy Case No. 18-14171 TBM
Chapter 13

---

## ORDER REGARDING MOTION TO DISMISS

---

THIS MATTER comes before the Court on the Motion to Dismiss (Docket No. 79) filed by the Chapter 13 Trustee on March 31, 2021, and the Response thereto (Docket No. 81), filed by the Debtor on April 20, 2021.

The Debtor does not dispute the factual allegations in the Motion to Dismiss, nor does she provide any legal basis for denying the Motion.  Instead, the Debtor states that she intends to file a motion to modify the Chapter 13 Plan after her mortgage lender, Shellpoint Mortgage Services, amends its proof of claim.  As of the date of this Order, the Debtor has not yet filed such a motion.  Accordingly, it is

ORDERED that the Debtor shall have until **May 28, 2021**, by which to file a motion to modify pursuant to 11 U.S.C. § 1329 and consistent with L.B.R. 3015-1 (h) as well as Amended Schedules I and J, **failing which the Motion to Dismiss may be granted without further notice to the Debtors.**

DATED this 14th day of May, 2021.

BY THE COURT:

Thomas B. McNamara,
United States Bankruptcy Judge